*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF TENNESSEE*
*WESTERN DIVISION*

**THOMAS E. PARIMORE &**
**PATRICIA A. PARIMORE,**

                                              **JUDGMENT IN A CIVIL CASE**
              **Plaintiff,**

**v.**

**BANK OF AMERICA, N.A., and**
**DEUTSCHE BANK NATIONAL TRUST**
**COMPANY,**                                  **CASE NO: 12-2158-tmp**

              **Defendant.**


**DECISION BY COURT.**  This action came to consideration before the
Court.  The issues have been considered and a decision has been
rendered

IT IS SO ORDERED AND ADJUDGED  that in accordance with the Order
Granting Defendant's Motion to Dismiss entered on January 15,
2013, this cause is hereby dismissed.



**APPROVED:**


**s/ Tu M. Pham**
**TU M. PHAM**
**UNITED STATES MAGISTRATE JUDGE**

**January 15, 2013**                         THOMAS M. GOULD
**DATE**                                     Clerk of Court

                                             s/Sandra McClain
                                             (By)  Deputy Clerk